Laverne F. POZAS; James M. Martinez, Plaintiffs— Appellants,

v.

SEARS, ROEBUCK AND CO.; Allstate Insurance, Defendants—Appellees.

No. 00–16829.

D.C. No. CV–00–20070–RMW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 7, 2001.

Decided Dec. 21, 2001.

Before BRUNETTI, KLEINFELD, and THOMAS, Circuit Judges.

MEMORANDUM *

Laverne Pozas appeals the district court's dismissal of her action for failure to state a claim. Based upon the record and the procedural posture of this case, most notably Pozas' election not to amend her complaint despite being specifically afforded the opportunity by the district court, we affirm.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.